FILED
MAR 12 2015
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

James Edward family of Breakfield

C/o 6230 3rd Street N W #5

Washington, D. C. 20011

Phone: 240-565-5421

VS

MISC. CIVIL ACTION NO.

Case: 1:15-mc-00313
Assigned To : Jackson, Ketanji Brown
Assign. Date : 3/12/2015
Description: Miscellaneous

The Honorable Eric H. Holder Jr.

United States Attorney General

U.S. Department of Justice

950 Pennsylvania Avenue N. W.

Washington, D. C. 20530-0001

## COMPLAINT

Notice of Understanding and Intent and Claim of Right and Automatic Estoppel.

*[signature]*

James Edward family of Breakfield

C/o 6230 3rd Street N. W. #5

Washington, D. C. 20011

RECEIVED
MAR 12 2015
Clerk, U.S. District and Bankruptcy Courts

# Cover Letter:

| | | |
|---|---|---|
| To | The Honorable Eric H. Holder Jr.<br>United States Attorney General<br>U S. Department of Justice<br>950 Pennsylvania Avenue N W.<br>Washington, DC 20530-0001 | *REGISTERED MAIL #: RE 305 015 274 US* |
| Cc | John Kerry, Secretary of State<br>Office of the U S. Secretary of State<br>U S Department of State<br>2201 C Street, N W<br>Washington, DC 20520 | *REGISTERED MAIL #: RE 305 015 288 US* |
| Cc. | James D "BUDDY" CLADWELL<br>Louisiana Attorney General<br>P O Box 94005<br>Baton Rouge, Louisiana 70804 | *REGISTERED #: RE 305 015 305 US* |
| Cc | Brian E Frosh<br>Office of the Attorney General Maryland<br>200 St. Paul Place<br>Baltimore, Maryland 21202 | *REGISTERED MAIL #: RE 305 015 219 US* |
| Cc: | The Honorable Robert C Murphy, Chief Judge<br>Maryland Court of Appeals<br>Robert C Murphy Courts of Appeal Building<br>361 Rowe Blvd<br>Annapolis, Maryland 21401 | *REGISTERED MAIL #: RE 305 015 314 US* |
| Cc | Supreme Court Chief Justice John Roberts<br>Supreme Court of the United States<br>11th Street NE<br>Washington, D C. 20002 | *REGISTERED MAIL #: RE 305 015 328 US* |
| Cc | The Honorable Bernette J Johnson, Chief Judge<br>The Supreme Court of Louisiana<br>400 royal Street<br>New Orleans, Louisiana 70130 | *REGISTERED MAIL #: RE305 015 265 US* |
| Cc | The Honorable Carol W Hunstein, Chief Judge<br>Supreme Court of Georgia<br>244 Washington Street<br>Room 572, State Office Annex Building<br>Atlanta, Georgia 30334 | *REGISTERED MAIL #: RE 305 015 212 US* |
| Cc | The Hague<br>Postbus 5818<br>2280 HV Rijswijk<br>The Netherlands | *REGISTERED MAIL #: RE 305 015 331 US* |
| **Cc:** | The Honorable Mary Ellen Barbera<br>Judicial Center<br>50 Maryland Avenue<br>Rockville, Maryland 20580 | *REGISTERED #: RE 305 015 345 US* |

**Re: Notice of Understanding and Intent and Claim Of Right and Automatic Estoppel Effective March 3rd, 2015.**

*Dear Mr. United States Attorney General*

I, *James Edward family of Breakfield*; the claimant herein present to any and all agents and all representatives of any and all local state federal government agencies with a *Notice of Understanding and Intent and Claim of Right*.

I am sending this message as a courtesy in order to avoid any confusion or potential conflict.

I am expanding the reach of my discourse in order to maintain my honor and insure *maximum clarity* between myself and all agents and agencies of government. Within the body of this letter please expect this *Notice of Understanding and Intent and Claim of Right in order to insure maximum clarity amongst all parties*.

As a *peaceful man* desiring to avoid conflict and live lawfully with *maximum freedom*

I have recently been studying the history of the United States along with its legal system and I have come to some very interesting conclusions. After reading various acts and exploring the way language is used in those acts, I have realized that in order to insure maximum clarity with all agencies as *a peaceful man desiring to avoid conflict and live lawfully with maximum freedom*

I have recently been studying the history of the United States, along with its legal system and I have come to some very interesting conclusions. After reading various acts and exploring the way language is used in those acts I have realized that *lawful and legal are not always the same*

It also appears that *all acts and statutes in the United States are only contracts based in commerce*. Therefore I am now contacting the various government agencies and officials named above with the hopes that someone can either confirm or correct my understanding
If you do choose to respond with corrections I must insist that you do so by responding in fourteen (14) days of receipt of this Letter and Notice of Understanding and Intent and Claim of Right in writing by way of Registered Mail and provide proof of your claim under oath and full liability under penalty of perjury

A lack of response or response that does not contain proof of my mistaken understanding on a point by point basis will be assumed to imply that you agree with my understanding. Failure to dispute the claims made within will result in an **AUTOMATIC DEFAULT JUDGMENT AND PERMANENT AND IRREVOCABLE AUTOMATIC ESTOPPEL BY ACQUIESCENCE.**

Now, specifically in the United States and Louisiana, *I understand there is both a Common Law and a Statute Law Jurisdiction*

*I also understand* that a statute is defined as a legislative rule of society which has been given the force of law over the members of that society

*I also understand* that the government of the United States is *not a nation* as I thought it was. The government of the United States is not a nation as I thought it was occupying a geographical location but instead merely a corporation with *de facto* authority rather than lawful

This corporation can *only make corporate contract law that has the force of law only upon its consenting members*

From my research, *the law of the land is the peaceful Common Law that is not influenced by acts and statutes*. Under Common Law, the rights, freedoms and duties of private men and women have long been established and unlike Statute Law and Common Law has had a progression toward more freedom and personal responsibility rather than less

*Among the rights and freedoms understood by Common Law are such things as*

- *The right to life, liberty, and the pursuit of happiness*
- *The right to property and the use there of, privacy, peace*
- *The right and ability to travel freely in public without harassment or intimidation*

*The obligation and duties of those who live under Common Law are essentially to insure that one does not infringe or allow others to infringe upon those unalienable rights and freedoms*

*I have also learned that there are the rights of a free living spiritual being*

*Effectively, rights are not bestowed upon one another unless he or she first gives his or her they consent or the first is the lawful property of the second*. The very nature of the concept of consent is that *it can only exist among equals with full disclosure without coercion*

*I do not recall ever being sold or purchased as a slave. Nor do I recall giving my free consent to be governed or represented by any government agency, although at times I have been deceived*

Although the various rights and freedoms are self evident and unalienable in order to be **In order for lawful representation to exist there must be <u>mutual</u> consent and that consent may be revoked for any reason depending on the nature of the specific contract between both parties.**

I am hereby notifying all who read this and *any other interested parties that I have revoked my consent to be governed by fictitious corporate entities with which I do not have a subsisting contract*

*I declare that I am neither a child nor a slave but a free man capable of administering my own affairs*

*Free man and living spirit soul on the land under the witness of the Creator of the heaven and earth*

*James Edward family of Breakfield*

9-24-15

Mail all responses to:

6230 3rd Street NW #5
Washington, D. C.  20011

# Notice of Understanding and Intent and Claim of Right and Automatic Estoppel

WHEREAS IT IS MY UNDERSTANDING *that The United States of America, Louisiana Republic, Georgia Republic and Maryland Republic Common Law Jurisdictions* and,

WHEREAS IT IS MY UNDERSTANDING THAT *equality before the law is paramount and mandatory*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *a statute is defined as a legislated rule of society which has been given the force of law*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *a society is defined as a number of people joined by mutual consent to deliberate, determine and act for a common goal*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *the only form of government recognized as lawful in The United States of America is a representative one*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *representation requires mutual consent*, and,

WHEREAS IT IS MY UNDERSTANDING *THAT in the absence of mutual consent neither representation nor governance can exist*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *those who have a Social Security Number are in fact employees of the federal government and thus are bound by the statutes created by the federal government*, and,

WHEREAS IT IS MY UNDERSTANDING *THAT it is lawful to abandon one's Social Security Number*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *people in The United States of America have a right to revoke or deny consent to be represented and thus governed*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *if anyone does revoke or deny consent they exist free of government control and statutory restraints*, and,

WHEREAS *a free man and living spirit soul on the land has lawfully revoked consent and does exist free of statutory restrictions, obligations, and limitations*, and,

WHEREAS *I, James Edward family of Breakfield, am a free man and living spirit soul on the land*, and,

WHEREAS it is my understanding that *acting peacefully within community standards does not breach the peace*, and,

WHEREAS IT IS MY UNDERSTANDING *THAT any action for which one can apply for and receive a license must itself be a fundamentally lawful action*, and,

WHEREAS *I am a man and living spirit soul on the land who operates with full responsibility and not a child. I do not see the need to ask permission to engage in lawful and peaceful activities, especially from those who claim limited liability*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *a by-law is defined as a rule of a corporation*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *corporations are legal fictions and require contracts in order to claim authority or control over other parties*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *legal fictions lack a soul and cannot exert any control over those who are thus blessed and operate with respect to that knowledge as **only a fool would allow soulless fictions to dictate ones actions***, and,

WHEREAS IT IS MY UNDERSTANDING *THAT I have a right to use my property without having to pay for the use or enjoyment of it*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *a summons is merely an invitation to attend and the ones issued by the United States or any of its agencies creates no obligation or dishonor if ignored*, and,

WHEREAS IT IS MY UNDERSTANDING THAT *Peace Officers (Police or Law Enforcement Officers) have a duty to distinguish between statutes and law and those who attempt to enforce statutes against a free man and living spirit soul on the land are in fact breaking the law*, and,

WHEREAS *I have the power to refuse intercourse or interaction with Peace Officers (Police or Law Enforcement Officers) who have not observed me breach the peace*, and,

WHEREAS **Permanent Estoppel** by acquiescence barring *any* Peace Officers (Police or Law Enforcement Officers) or Prosecutors from bringing charges against a free man and living spirit soul on the land under any Act that is created if this claim is not responded to in the stated fashion and time.

THEREFORE BE IT NOW KNOWN TO ANY AND ALL CONCERNED AND AFFECTED PARTIES, that *I, James Edward family of Breakfield am a free man and living soul on the land* **do hereby state clearly specifically and unequivocally my intent to peacefully and lawfully exist free of all statutory obligations restrictions and maintain all rights at law to trade, exchange or barter.**

FURTHERMORE, *I claim that these actions are not outside my communities' standards and will in fact support said community in our desire for truth and maximum freedom.*

FURTHERMORE, *I claim the right to engage in these actions and further claim that all property held by me is held under a claim of right.*

FURTHERMORE, *I claim that anyone who interferes with my lawful activities after having been served Notice of this claim and who fails to properly dispute or make lawful counterclaim is breaking the law, cannot claim good faith or color of right and that such transgressions will be dealt with in a properly convened court de jure.*

FURTHERMORE, *I claim that the courts in The United States are de-facto and are in fact in the profitable business of conducting, witnessing and facilitating the transactions of security interests and I further claim they require the consent of both parties prior to providing any such services.*

FURTHERMORE, *I claim all transactions of security interests require the consent of both parties and I do hereby deny consent to any transaction of a security interest issuing under any Act for as herein stated as a free man and living spirit soul on the land; and I am not subject to any Act.*

FURTHERMORE, I claim my **FEE SCHEDULE** for any transgressions by ANY Peace Officers (Police or Law Enforcement Officers), Government Principals or Agents or Justice System Participants is **THREE HUNDRED AND FIFTY THOUSAND DOLLARS per incident or per 15 minutes or part thereof. Wherefore all have undeniable knowledge.**

Additional transgressions or portion thereof if being questioned, interrogated or in any way detained, harassed or otherwise regulated and **FIVE THOUSAND DOLLARS PER 5 minutes or portion thereof if I am handcuffed, transported, incarcerated or subjected to any adjudication process without my express written and notarized consent.**

Furthermore, I claim the right to use a Notary Public to secure payment of the aforementioned FEE SCHEDULE against ANY transgressors who by their actions or omissions harm me or my interests, directly or by proxy in any way.

FURTHERMORE, I claim the right to convene a proper court de jure in order to address any potentially criminal actions of Peace Officers (Police Officers), Government Principals or Agents or Justice System Participants who having been served notice of this claim and fail to dispute or discuss or make lawful counterclaim and then interfere by act or omission with the lawful exercise of properly claimed and established rights and freedoms.

FURTHERMORE, I claim the law of agent and principal applies and that service upon one is service upon both.

FURTHERMORE, *I claim the right to deal with any counterclaims or disputes publicly and in an open forum using discussion and negotiation and to capture on video tape said discussion and negotiation for whatever lawful purpose as I see fit*

Affected parties wishing to dispute the claims made herein or make their own counterclaims must respond appropriately within fourteen (14) days of service of notice of this action.

Responses must be under Oath or attestation, upon full commercial liability and penalty of perjury and registered in the Notary Office herein provided no later than fourteen (14) days from the date of original service as attested to by way of certificate of service.

**Failure to register a dispute against the claims made herein will result in an <u>Automatic Default Judgment and Permanent and Irrevocable Estoppel by Acquiescence</u> barring the bringing of charges under any statute or Act against me.**

Place of **Notice of Understanding and Intent and Claim of Right and Automatic Estoppel**: North America, Louisiana, Georgia and Maryland.

Dated: March 3rd, 2015

∴ Mail all responses to:

6230 3rd Street NW #5
Washington, D. C. 20011

*Free man and living spirit soul on the land under the witness of the Creator of the heaven and earth*

3-24-15

*James Edward family of Breakfield*

## Certificate of Service

I certify that on <u>March 3rd, 2015</u>, I served a copy of this **Notice of Understanding and Intent and Claim of Right and Automatic Estoppel** by United States Postal Service Registered Mail on:

| | | |
|---|---|---|
| To. | The Honorable Eric H. Holder Jr.<br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington, DC 20530-0001 | **REGISTERED MAIL #: RE305 015 274 US** |
| Cc | John Kerry, Secretary of State<br>Office of the U.S. Secretary of State<br>U.S. Department of State<br>2201 C Street, N.W.<br>Washington, DC 20520 | **REGISTERED MAIL #: RE 305 015 288 US** |
| Cc. | James D. "BUDDY" CLADWELL<br>Louisiana Attorney General<br>P.O. Box 94005<br>Baton Rouge, Louisiana 70804 | **REGISTERED MAIL#: RE 305 015 305 US** |
| Cc | Brian E. Frosh<br>Office of the Attorney General Maryland<br>200 St. Paul Place<br>Baltimore, Maryland 21202 | **REGISTERED MAIL #: RE 305 015 291 US** |
| Cc | The Honorable Robert C. Murphy, Chief Judge<br>Maryland Court of Appeals<br>Robert C. Murphy Courts of Appeal Building<br>361 Rowe Blvd.<br>Annapolis, Maryland 21401 | **REGISTERED MAIL #: RE 305 015 314 US** |
| Cc | Supreme Court Chief Justice John Roberts<br>Supreme Court of the United States<br>11th Street NE.<br>Washington, DC 20002 | **REGISTERED MAIL #: RE 305 015 328 US** |
| Cc. | The Honorable Bernette J. Johnson, Chief Judge<br>The Supreme Court of Louisiana<br>400 Royal Street<br>New Orleans, Louisiana 70130 | **REGISTERED MAIL #: RE 305 015 265 US** |
| Cc | Olens Samuel<br>Office of the Attorney General Georgia<br>40 Capital Square Southwest<br>Atlanta, Georgia 30303 | **REGISTERED MAIL# RE 305 015 209 US** |

Cc: The Honorable Mary Ellen Barbera
    Judicial Center
    50 Maryland Avenue
Rockville, Maryland 20580            **REGISTERED MAIL# RE 305 015 345 US**

Cc: The Honorable Carol W. Hunstein, Chief Judge
    Supreme Court of Georgia
    244 Washington Street
    Room 572, State Office Annex Building
    Atlanta, Georgia 30334        **REGISTERED MAIL# RE 305 015 212 US**

Cc: The Hague
    Postbus 5818
    2280 HV Rijswijk
    The Netherlands            **REGISTERED MAIL #: RE 305 015 331 US**

\* Mail all responses to:

6230 3rd Street NW #5
Washington, D. C. 20011

*Free man and living spirit soul on the land under the witness of the Creator of the heaven and earth:*

9-24-15

_____
*James Edward family of Breakfield*

Notice of Understanding and Intent and Claim of Right and
Automatic Estoppel Effective March 3rd, 2015          | Page 5 of 5